419 A.2d 183

Commonwealth v. McAfee, Appellant.

Submitted April 12, 1979. D. Stephen Ferito, for appellant; Michael J. Reilly, First Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Order affirmed.

419 A.2d 183

Commonwealth v. McLean, Appellant.
Reargument Denied Oct. 22, 1979.

Argued April 12, 1979. Warren R. Keck, III, for appellant; Harry A. Penich, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.

PRICE, J. filed a memorandum dissenting opinion.